## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Stephen L. Kraft,                        :
               Petitioner          :
                           :
        v.                         :          No. 1125 C.D. 2017
                           :
Unemployment Compensation   :
Board of Review,                      :
               Respondent        :

## **O R D E R**

NOW, July 25, 2018, upon consideration of petitioner's application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge
